## United States District Court for the Northern District of Illinois

Case Number: 08CV4690　　　Assigned/Issued By: DAJ

Judge Name: GETTLEMAN　　　Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

Amount Due: ☑ $350.00　　☐ $39.00　　☐ $5.00
　　　　　　☐ IFP　　　　☐ No Fee　　☐ Other _____
　　　　　　☐ $455.00

Number of Service Copies _____　　　Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00　　　Receipt #: 3029130

Date Payment Rec'd: 08/18/08　　　Fiscal Clerk: DAJ

---

### ISSUANCES

☑ Summons　　　　　　　　　　　　☐ Alias Summons

☐ Third Party Summons　　　　　　☐ Lis Pendens

☐ Non Wage Garnishment Summons　☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
　　　　　　　　　　　　　　　　　 _____
☐ Citation to Discover Assets　　　(Victim, Against and $ Amount)

☐ Writ _____
　　　(Type of Writ)

1 Original and 0 copies on 08/18/08 as to DEF. _____
　　　　　　　　　　　　　　(Date)

C:\wpwin80\docket\feeinfo.frm　　03/14/05